**Torrance JONES, Appellant**

v.

**EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, Appellee.**

No. 13-5336
September Term, 2015

United States Court of Appeals,
District of Columbia Circuit.

Filed June 15, 2016

Torrance Jones, Montgomery, AL, Pro Se.

R. Craig Lawrence, U.S. Attorney's Office (USA), Brian Paul Hudak, Esquire, Andrea McBarnette, Assistant U.S. Attorneys, Civil Division, Washington, DC, for Defendant–Appellee.

Steven Harris Goldblatt, Esquire, Sarah P. McDonough, Jennifer Bartlett, Lola Abbas Kingo, Adria Lamba, Georgetown University Law Center, Appellate Litigation Clinic, Washington, DC, for Appointed Amicus Curiae for Appellant.

Before: TATEL, Circuit Judge, and WILLIAMS and RANDOLPH, Senior Circuit Judges.

## JUDGMENT

Per Curiam

This appeal from the order of the United States District Court for the District of Columbia was presented to the court and briefed and argued by counsel. The court has accorded the issues full consideration and has determined that they do not warrant a published opinion. *See* D.C. Cir. R. 36(d). It is

**ORDERED AND ADJUDGED** that the judgment of the District Court be affirmed.

On December 3, 2015, we ordered that the record in this Freedom of Information Act suit be remanded to the District Court and that, on remand, the Executive Office for United States Attorneys supplement the record with regard to certain aspects of the case. The agency has since complied with that order, and the case is again before this court. Because the record, as supplemented, demonstrates that the agency conducted a reasonable search for records responsive to the FOIA request in this case, we affirm the District Court's grant of summary judgment in the agency's favor. *See, e.g., Valencia–Lucena v. U.S. Coast Guard*, 180 F.3d 321 (D.C. Cir. 1999).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing *en banc*. *See* Fed. R. App. P. 41(b); D.C. Cir. Rule 41.